UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAWN MARIE WALTER, )
)
               Plaintiff, )
) Case No. 5:23-cv-00675
vs. )
)
SANOFI U.S. SERVICES INC.; )
SANOFI-AVENTIS U.S. LLC, )
)
               Defendants.

## ORDER ON MOTION TO STAY PROCEEDINGS

Having considered the Notice of Settlement between Plaintiff Dawn Marie Walter and Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC, and good cause appearing:

IT IS HEREBY ORDERED as follows:

All pending deadlines are vacated and this matter is stayed for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

SO ORDERED. This _02_ day of _Jan._, _2024_.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE